SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREG STEPHEN LABATE, Cal. Bar No. 149918
glabate@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HILARY A. HABIB, Cal. Bar No. 293431
hhabib@sheppardmullin.com
BRYANNE J. LEWIS, Cal. Bar No. 311763
blewis@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO RIVERA,<br><br>           Plaintiff,<br><br>     v.<br><br>MARRIOTT INTERNATIONAL, INC. and DOES 1 through 50, inclusive,<br><br>           Defendant. | Case No. 2:19−cv−05050−ODW−KS<br><br>**ORDER RE DEADLINE TO FILE A RESPONSIVE PLEADING AND MOTION TO REMAND**<br><br>Complaint Filed: April 24, 2019 |

# ORDER

The stipulation of the Parties having been read and considered, and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant's deadline to file a responsive pleading to the Complaint is extended to a date two weeks after the order is issued on Plaintiff's motion to remand, although Defendant may file its responsive pleading sooner.
2. Plaintiff's deadline to file a motion to remand is continued from July 10, 2019 to July 24, 2019.

**IT IS SO ORDERED.**

Dated: June 18 2019

UNITED STATES DISTRICT JUDGE

SMRH:488514431.5                                        [PROPOSED] ORDER