UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-05050-ODW (KSx) | Date | August 30, 2023 |
|---|---|---|---|
| Title | *Lorenzo Rivera v. Marriott International, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**    **Order GRANTING Plaintiff's Third Motion for Preliminary Approval [88]**

In the Court's Order Denying Plaintiff's Second Motion for Preliminary Approval, the Court provisionally certified the class for settlement purposes, but found preliminary approval of the parties' settlement was not appropriate due to certain deficiencies with Plaintiff Lorenzo Rivera's submission and the parties' proposed settlement. (Order Den. Second Mot. Prelim. Approval Class Action and PAGA Settlement, ECF No. 87.) Accordingly, the Court denied Rivera's motion without prejudice and with leave to refile. (*Id.* at 21.)

Rivera now moves for preliminary approval of the parties' settlement for a third time. (Third Mot. Prelim. Approval Class Action and PAGA Settlement ("Motion" or "Mot."), ECF No. 88.) The Motion is unopposed.

On August 29, 2023, the Court held a hearing on the Motion. (Mins., ECF No. 94.) After carefully considering the papers filed in connection with the Motion and a conference with the parties in chambers and off the record, the Court finds that preliminary approval of the parties' settlement is appropriate. First and foremost, based on counsel's representations to the Court in chambers, the Court is reassured that the settlement is the product of "serious, informed, non-collusive negotiations." *Spann v. J.C. Penney Corp.*, 314 F.R.D. 312, 319 (C.D. Cal. 2016).

Second, although Rivera submitted an unsigned attorney declaration in support of the Motion, the declarant, attorney Janelle Carney, affirmed the statements in her declaration during the conference in chambers. (*See* Decl. Janelle Carney ISO Mot. 25, ECF No. 88-2.)

Third, to further address the Court's concern that potential class members might discard the class notice as unsolicited junk mail, the parties agree to use the model form of a class notice envelope developed by the Federal Judicial Center ("FJC"). *See* Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0 (last accessed Aug. 30, 2023). As such, the Court **ORDERS** that the envelope enclosing the class notice shall follow the model envelope developed by the FJC and include: (1) a reference to the U.S. District Court for the Central District of California at the administrator's address; and (2) a statement summarizing to whom the notice is directed and the nature of the notice. *See id.* A copy of the model envelope is included below:

```
Notice Administrator for U.S. District Court
P.O. Box 00000
City, ST 00000-0000


Notice to those who bought XYZ Corp. Stock in 1999.

                        Jane Q. Class Member
                        123 Anywhere Street
                        Anytown, ST 12345-1234
```

Accordingly, subject to these additional requirements, the Court **GRANTS** Rivera's Third Motion for Preliminary Approval. (ECF No. 88.) The Court **SCHEDULES** a hearing on a motion for final approval and any motion for attorneys' fees on **February 26, 2024, at 1:30 p.m.** If the parties expect that they will need additional time, they shall meet and confer and file a joint statement proposing an alternative hearing date.

**IT IS SO ORDERED.**

|  |  : | 00 |
|---|---|---|
| Initials of Preparer | SE | |