UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-05050-ODW(KSx) | Date | May 6, 2024 |
|---|---|---|---|
| Title | Lorenzo Rivera v. Marriott International, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Kamilla Sali-Suleyman | Leslie Schramm |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Janelle C. Carney | Bryanne Lewis |

**Proceedings:**   MOTION for Settlement Approval [97]

    Before the Court is a Motion for Settlement Approval, (Docket No. 97). The Court having carefully considered the papers, the matter stands submitted. A final order will issue.

|  | : | 2 |
|---|---|---|
| Initials of Preparer | | kss |