# United States District Court
# Central District of California

| | |
|---|---|
| LORENZO RIVERA,<br><br>           Plaintiffs,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>           Defendants. | Case № 2:19-cv-05050-ODW (KSx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order **GRANTING** Plaintiff's Motion for Settlement Approval of Final Approval of Class Action and PAGA Settlement, (ECF No. 103), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered for final approval of the class action settlement with modifications to attorneys' fees.
2. Defendant shall pay the attorneys' fees, costs, and service award as so directed by the Court's June 4, 2024 Order, (ECF No. 103)

All dates and deadlines have been **VACATED**. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

June 5, 2024

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**